1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700



**FILED**

MAR 0 4 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re: Sealed Search Warrants  )
                               )  SW NO. 15-0026-kjn
                               )
                               )
                               )  ORDER GRANTING U.S. MOTION TO UNSEAL
                               )  SEARCH WARRANT AND ALL ACCOMPANYING
                               )  DOCUMENTS
                               )

HEREBY, and for good cause, the United States' motion to unseal the search warrant in SW NO. 15-0026-kjn, and all accompanying documents in the above captioned matter, IS GRANTED.

DATED: 3/3/15

Alison Claire
US MAGISTRATE JUDGE